UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS LEONEL GARCIA,<br>Plaintiff,<br>v.<br>LORENC MALELLARI,<br>Defendant. | No. 1:26-cv-06820-SAB (PC)<br><br>ORDER OF REASSIGNMENT OF THIS MATTER TO A DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS<br><br>(ECF Nos. 9, 11) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983.

On September 3, 2026, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim for a violation of due process under the Fourteenth Amendment against Defendant Lorenc Malellari. (ECF No. 9.) No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only with the due process claim. (Id.)

On September 17, 2026, Plaintiff filed a notice of intent to proceed only on the due process claim against Malellari. (ECF No. 11.)

/ / /

/ / /

/ / /

The Court HEREBY ORDERS that the Clerk of the Court is DIRECTED to randomly reassign this matter to a District Judge.

Based on the Plaintiff's notice, it is HEREBY RECOMMENDED that:

1. This action proceed only on Plaintiff's due process claim against Defendant Lorenc Malellari; and
2. All other claims be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within **fourteen (14)** days after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Objections, if any, shall not exceed **fifteen (15) pages**. Any pages filed in excess of the 15-page limit may not be considered. Exhibits shall not be filed with objections, but they may be referenced by the document and page number. No new exhibits may be filed with objections.

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate [judge's] factual findings" on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014), citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **September 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge