**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SANTOS LEONEL GARCIA,

Plaintiff,

v.

LORENC MALELLARI,

Defendant.

Case No.: 1:26-cv-06820 JLT SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS

(Doc. 12)

Santos Leonel Garcia seeks to hold Dr. Lorenc Malellari liable for violations of his civil rights related to the treatment provided for a rectal prolapse without Plaintiff's consent. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint under 28 U.S.C. § 1915A(a) and found he stated a cognizable claim under the Fourteenth Amendment. (Doc. 9 at 5-6.) However, the magistrate judge found Plaintiff failed to state a claim under the Eighth Amendment. (*Id.* at 3-4.) In addition, the magistrate judge found Plaintiff failed to state a claim under state law, because he did not comply with the California Government Claims Act. (*Id.* at 6-7.) In response to the Screening Order, Plaintiff indicated that he was willing to proceed on the cognizable claim. (Doc. 11.)

Following receipt of Plaintiff's response, the magistrate judge issued Findings and Recommendations that the action proceed on the cognizable claims, and all other claims be dismissed. (Doc. 13.) The Court served the Findings and Recommendations on Plaintiff and

notified him that any objections were due within 14 days. (*Id*. at 2.) The Court also advised Plaintiff that the failure to file timely objections may result in the waiver of rights on appeal. (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. However, the Court finds dismissal without prejudice is appropriate for the claims arising under state law, as the dismissal is for failure to comply with the California Government Claims Act. *See Missouri ex rel. Koster v. Harris*, 847 F.3d 646, 656 (9th Cir. 2017). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 23, 2026 (Doc. 12) are **ADOPTED**.
2. This action **SHALL** proceed only on Plaintiff's due process claim.
3. All other claims raised in the complaint are **DISMISSED**.
4. Plaintiff's claims under state law are **DISMISSED** without prejudice.
5. The matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: October 26, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE